GRIGSBY, Appellant, v. PLANKINTON BANK, et al., Respondents.

(105 N. W. 247.)

**Action—Quieting Title—Amended Answer for Foreclosure of Mortgage—Counterclaim—Delay.**

In an action to quiet title to realty, held, following the decision of this court in Murphy v. Plankinton Bank, 20 S. D. 178,

105. N. W. 245, that, while the defendant bank's right to foreclose its alleged mortgage on the land exists, yet its right to foreclose it in this action, asserted at so late a date, will be denied, and the former order of this court, allowing an amended answer by way of such foreclosure, is modified, and the order appealed from is, to that extent, reversed.

(Opinion filed March 1, 1906.)

Appeal from Circuit Court, Minnehaha County. Hon. JOSEPH W. JONES, Judge.

On rehearing. Action by William E. Grigsby against The Plankinton Bank and others, to quiet title to realty. From an order granting defendants' motion to serve and file an amended answer and counterclaim, plaintiff appeals. Former opinion modified, and order appealed from modified.

For former opinion, see 18 S. D. 330; 100 N. W. 1127.

*Grigsby & Grigsby,* and *Davis, Lyon & Gates (Aikens & Judge,* of counsel), for Appellant.

*Rogde & Winans (James F. Trottman,* of counsel), for Respondents.

No brief was filed by either party upon the points involved in the appeal from said order.

FULLER, P. J. This case comes to this court on appeal from an order granting defendants' motion to serve and file an amended answer and counterclaim in an action to quiet title to real property. For the reason stated in Murphy v. Plankinton Bank, 105 N. W. 245, presented upon the same abstract and briefs and decided herewith on rehearing, such order is reversed to the extent that the same provides for the foreclosure of an alleged mortgage on the lands in controversy, and the case is remanded, with the direction that the court below eliminate from such amended answer and counterclaim all allegations essential to foreclosure of the mortgage.